UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR POSSESSION OF A FIREARM
BY A CONVICTED FELON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-22-FJP-CN |
| versus | : | 18 U.S.C. § 922(g)(1) |
| BARRY WILLIAMS | : | |

**THE GRAND JURY CHARGES**:

On or about August 7, 2007, in the Middle District of Louisiana, **BARRY WILLIAMS**, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, knowingly did possess a firearm, that is, a Hi-Point, Model C, 9mm caliber pistol, bearing serial number 830062, which firearm previously had been shipped and transported in interstate commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

UNITED STATES OF AMERICA, by

_____
DAVID R. DUGAS
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
J. WALTER GREEN
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

_____
GRAND JURY FOREPERSON

3/5/08
_____
DATE

# Criminal Cover Sheet U.S. District Court

**Place of Offense:**  **Matter to be sealed:** ☐ No  ☒ Yes

City   Baton Rouge  **Related Case Information:**

County/Parish   East Baton Rouge Parish   Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name   Barry Williams
Alias
Address
Birthdate         SS #        Sex       Race       Nationality

**U.S. Attorney Information:**

AUSA  J. Walter Green                             Bar #  27812

**Interpreter:** ☒ No  ☐ Yes   **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____  Already in Federal Custody as of _____
_____  Already in State Custody
_____  On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___    ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| set 1  18 U.S.C. 922(g)(1) | Possession of a firearm by a convicted felon | 1 |
| set 2 | | |
| set 3 | | |
| set 4 | | |

(May be continued on second sheet)

Date: _____    Signature of AUSA: _____

**District Court Case Number (To be filled in by deputy clerk):** _____